# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————————

No. 10-1481

—————————

| | | |
|---|---|---|
| David Meador, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of North Dakota. |
| | * | |
| John T. Paulson and Lee Grossman, | * | **[UNPUBLISHED]** |
| | * | |
| Appellees. | * | |

—————————

Submitted: July 6, 2010
Filed: July 16, 2010

—————————

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

—————————

PER CURIAM.

David Meador appeals the dismissal of his 42 U.S.C. § 1985 action against a state prosecutor and state court judge. We conclude that the district court[1] did not abuse its discretion in electing to abstain under Younger v. Harris, 401 U.S. 37 (1971), because at the time of the court's order, a state criminal proceeding against Meador was ongoing; the proceeding implicated the important state interest of enforcing its criminal laws; and Meador can (and did) raise his constitutional claim in that proceeding. See Yamaha Motor Corp., U.S.A. v. Stroud, 179 F.3d 598, 602 (8th Cir.

———————————————

[1]The HONORABLE RALPH R. ERICKSON, Chief Judge of the United States District Court for the District of North Dakota.

1999) (standard of review); <u>Norwood v. Dickey</u>, 409 F.3d 901, 903 (8th Cir. 2005) (factors warranting abstention).  We reject Meador's arguments that an exception to <u>Younger</u> applied, or that the district court improperly applied a heightened standard of review to his pro se complaint.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____